**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7154**

ANTHONY RAY HARRIS,

                    Plaintiff - Appellant,

          v.

COUNTY OF WAKE; UNKNOWN WORKER; SHERIFF OF WAKE COUNTY; MRS.
SCOTT,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever III,
Chief District Judge.  (5:11-ct-03044-FL)

Submitted:  November 15, 2011      Decided:  November 18, 2011

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Anthony Ray Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Ray Harris seeks to appeal an unspecified district court order entered in his action filed pursuant to 42 U.S.C. § 1983 (2006). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). Neither of the orders entered on the district court sheet is a final order or an appealable interlocutory or collateral order. Accordingly, we deny Harris' motion for release and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED